## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| FLASH-CONTROL, LLC,<br>　　　　　　　　Plaintiff,<br>　v.<br>INTEL CORPORATION,<br>　　　　　　　　Defendant. | Civil Action No. 1:19-cv-1107-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S PROPOSED CLAIM TERMS FOR CONSTRUCTION

Pursuant to the procedural schedule entered October 23, 2019 (D.I. 30), Defendant Intel Corporation (herein "Intel") hereby provides the following proposed claim term(s) for construction for exchange with Plaintiff Flash-Control, Inc. (herein "Flash-Control")

As recited in US Patent No. 8,531,880 at claim 1:

- "said system further adapted to write said one or more changes from said second buffer to said volatile memory, thereby updating said one or more updated portions from said volatile memory to said first buffer, thereby updating said page stored therein to include said one or more changes associated with said one or more write request"

Intel reserves the right, consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court, as well as any other applicable rule, to revise its proposed claim term(s) for construction, including the right to adopt and/or brief any claim terms for construction proposed by Flash-Control, and to reach compromise concerning any proposed claim term(s) for construction.

Dated:  December 20, 2019	Respectfully submitted,


	By:  *J. Stephen Ravel*
		J. Stephen Ravel
		Texas State Bar No. 16584975
		KELLY HART & HALLMAN LLP
		303 Colorado Street, Suite 2000
		Austin, TX 78701
		Telephone: (512) 495-6429
		Facsimile: (512) 495-6401
		steve.ravel@kellyhart.com

		*Attorney for Defendant Intel, Inc.*

		Sonal Mehta (*pro hac vice*)
		California State Bar No. 222086
		Jennifer John (*pro hac vice*)
		Massachusetts State Bar No. 694749
		WILMER CUTLER PICKERING HALE
		  & DORR LLP
		950 Page Mill Road
		Palo Alto, CA  94304
		Telephone: (650) 600-5051
		Facsimile: (650) 858-6001
		sonal.mehta@wilmerhale.com
		jennifer.john@wilmerhale.com


		Taylor Gooch (*pro hac vice*)
		California State Bar No. 294282
		Joshua D. Furman (*pro hac vice*)
		California State Bar No. 312641
		WILMER CUTLER PICKERING HALE
		  & DORR LLP
		One Front Street, Suite 3500
		San Francisco, CA  94111
		Telephone: (628) 235-1026
		Facsimile: (628) 235-1001
		Taylor.gooch@wilmerhale.com
		Josh.furman@wilmerhale.com

		*Attorneys for Defendant, Intel, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 20, 2019 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                                    *J. Stephen Ravel*
                                    J. Stephen Ravel