**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| FLASH-CONTROL, LLC,<br>                        Plaintiff,<br>   v.<br>INTEL CORPORATION,<br>                        Defendant. | Civil Action No. 1:19-cv-01107<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO ENTER AMENDED MARKMAN SCHEDULING ORDER**

Plaintiff Flash-Control, LLC ("Flash-Control") and Defendant Intel Corporation ("Intel"), consistent with the Court's rescheduling the Markman hearing in this case, hereby submit this Joint Motion to Enter Amended Markman Scheduling Order in the above-captioned case.

The Parties believe that Court and party efficiency will be served by entering the attached Order. For the foregoing reasons, Flash-Control and Intel pray that the Court grant this motion.

Dated: March 13, 2020

By: */s/ Timothy Devlin*
Timothy Devlin (No. 4241)
(*pro hac vice*)
tdevlin@devlinlawfirm.com

James M. Lennon (No. 4570)
(*pro hac vice*)
jlennon@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

Jeffrey G. Toler
Texas Bar No. 24011201
jtoler@tlgiplaw.com
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, TX 78759
(512) 327-5515


*Attorneys for Plaintiff*
*Flash-Control, LLC*

By:  */s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado Street, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6401
steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

Sonal N. Mehta (*pro hac vice*)
California State Bar No. 222086
WILMER CUTLER PICKERING HALE
   & DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 600-5051
Email: sonal.mehta@wilmerhale.com

*Attorneys for Defendant Intel, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on March 13, 2020.

                                      */s/ J. Stephen Ravel*
                                      J. Stephen Ravel