**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| FLASH-CONTROL, LLC,<br>                              Plaintiff,<br>       v.<br>INTEL CORPORATION,<br>                              Defendant. | Civil Action No. 1:19-cv-01107<br><br>JURY TRIAL DEMANDED |

**ORDER**

This Court, after considering the Parties' Joint Motion to Enter Amended Markman Scheduling Order, is of the opinion that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the Court approves and adopts the following schedule and enters the associated deadlines in the above-captioned case:

| | |
|---|---|
| **Intel makes expert available for deposition** | 4/10/2020 in Dallas |
| **Combined responsive CC and MSJ Brief (Flash-Control)** | 4/20/2020 |
| **Flash-Control Makes expert available for deposition** | 5/18/2020 in Wilmington |
| **Reply Combined CC/MSJ Brief (Intel)** | 5/22/2020 |
| **Joint Claim Construction Statement. Tutorials. Compiled Pleadings** | 5/26/2020 |
| **Markman Hearing** | 6/5/2020 |

**SIGNED** THIS _____ day of _____, 2020.


_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE