# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FLASH-CONTROL, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | Civil Action No. 1:19-cv-1107-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff Flash-Control, LLC ("Flash Control") and Defendant Intel Corporation ("Intel") submit this Joint Claim Construction Statement.

## U.S. Patent No. 8,531,880

Intel asserts that the '880 Patent is invalid for lack of written description. Flash Control asserts that the '880 Patent is valid.

| '880 Patent | | |
|---|---|---|
| **Claim Term** | **Intel's Proposed Construction** | **Flash Control's Proposed Construction** |
| "said system further adapted to write said one or more changes from said second buffer to said volatile memory, **thereby updating said one or more updated portions from said volatile memory to said first buffer,** thereby updating said page stored therein to include said one or more changes associated with said one or more write request" | Indefinite | Plain and ordinary meaning |

## U.S. Patent No. 8,817,537

Intel asserts that the '537 Patent is invalid for lack of written description. Flash Control asserts that the '537 Patent is valid.

Dated: May 27, 2020

By: */s/ Timothy Devlin*                                By:  */s/ J. Stephen Ravel*

| | |
|---|---|
| Timothy Devlin | J. Stephen Ravel |
| (*pro hac vice*) | Texas State Bar No. 16584975 |
| Derek F. Dahlgren | **KELLY HART & HALLMAN LLP** |
| (*pro hac vice*) | 303 Colorado Street, Suite 2000 |
| James M. Lennon | Austin, TX 78701 |
| (*pro hac vice*) | Telephone: (512) 495-6429 |
| Robert Kiddie | Facsimile: (512) 495-6401 |
| (*pro hac vice*) | steve.ravel@kellyhart.com |
| **DEVLIN LAW FIRM LLC** | |
| 1526 Gilpin Avenue | |
| Wilmington, DE 19806 | James E. Wren |
| (302)449-9010 | Texas State Bar No. 22018200 |
| tdevlin@devlinlawfirm.com | 1 Bear Place, Unit 97288 |
| ddahlgren@devlinlawfirm.com | Waco, Texas 76798 |
| jlennon@devlinlawfirm.com | Tel: (254) 710-7670 |
| rkiddie@devlinlawfirm.com | Email: james.wren@baylor.edu |
| | |
| *Attorneys for Plaintiff* | Sonal N. Mehta (*pro hac vice*) |
| *Flash-Control, LLC* | California State Bar No. 222086 |
| | Jennifer John (*pro hac vice*) |
| | Massachusetts State Bar No. 694749 |
| | **WILMER CUTLER PICKERING HALE** |
| | **& DORR LLP** |
| | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 600-5051 |
| | Facsimile: (650) 858-6001 |
| | sonal.mehta@wilmerhale.com |
| | jennifer.john@wilmerhale.com |
| | |
| | Taylor Gooch (*pro hac vice*) |
| | California State Bar No. 294282 |
| | Joshua D. Furman (*pro hac vice*) |
| | California State Bar No. 312641 |
| | **WILMER CUTLER PICKERING HALE** |
| | **& DORR LLP** |
| | One Front Street, Suite 3500 |
| | San Francisco, CA 94111 |

Telephone: (628) 235-1026
Facsimile: (628) 235-1001
Taylor.gooch@wilmerhale.com
Josh.furman@wilmerhale.com

*Attorneys for Defendant Intel, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 27, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                                                    */s/ J. Stephen Ravel*
                                                    J. Stephen Ravel