# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **FLASH-CONTROL, LLC,** *Plaintiff* | § § § |
| -v- | § § § **A-19-CV-01107-ADA** |
| **INTEL CORPORATION,** *Defendant* | § § § § |

## FINAL JUDGMENT

The Court entered its Claim Construction Order and Order Granting Defendant Intel's Motion for Summary Judgment on July 21, 2020. ECF No. 79. The Court now enters its Judgment as follows:

**IT IS ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** this 1st day of August, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE